IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

COMPREN, INC., The successor-in-interest
To GROW BIZ INTERNATIONAL, INC.,
Plaintiff,

vs.

THEODORE GRIGGS III, NANCY
HARDEE GRIGGS, AND GRIGGS                    07-cv-0065 DRH
ENTERPRISES, LLC,

Defendants.

## ORDER

**HERNDON, District Judge:**

On May 2, 2007, the Court converted Defendant's motion to dismiss as one for summary judgment and informed the parties to notify the Court in writing if they wanted additional briefing on the converted motion (Doc. 39). On May 7, 2007, Plaintiff filed a notice of intent to file motion for summary judgment and request for additional briefing (Doc. 40). Thus, the Court **ALLOWS** Plaintiff up to and including May 29, 2007 to file its motion for summary judgment, Defendants up to and including June 29, 2007 to file a response.

**IT IS SO ORDERED.**

Signed this 10th day of May, 2007.

/s/      David  RHerndon
**United States District Judge**