IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COMPREN, INC., the successor-in-interest to GROW BIZ INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>THEODORE GRIGGS III, NANCY HARDEE GRIGGS, and GRIGGS ENTERPRISES, LLC,<br><br>Defendants. | Case No. 07-CV-65 DRH |

## ORDER

This matter came on before the Court pursuant to the parties' Joint Motion to Extend the Summary Judgment Briefing Schedule.  The Court, having reviewed the motion, finds that there this is good cause to extend the deadlines set forth in its May 10, 2007 Order.  Accordingly,  IT IS HEREBY ORDERED that the Court's May 10, 2007, Order shall be amended so that Plaintiff' motion for summary judgment shall be served and filed on or before June 7, 2007, and Defendants' response brief shall be filed on before July 9, 2007.

Dated:  May 23, 2007.

/s/      David   RHerndon
United States District Judge