IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COMPREN, INC., the successor-in-interest to GROW BIZ INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THEODORE GRIGGS III, NANCY HARDEE GRIGGS, and GRIGGS ENTERPRISES, LLC, <br><br> Defendants. | Case No. 07-CV-65 DRH <br><br><br> **ORDER** FOR DISMISSAL <br> WITH PREJUDICE |

This matter came on before the Court upon Plaintiff and Defendants' Stipulation for Dismissal With Prejudice.  Based upon that Stipulation and the other filings herein:

IT IS HEREBY ORDERED that the claims asserted by Plaintiff against Defendants and the claims that could have been asserted by Defendants against Plaintiff in the above-entitled action be dismissed with prejudice.  The claims being dismissed include all claims, defenses, cross-claims, and counterclaims that have been filed, or that could have been filed, by and between Plaintiff and Defendants.

IT IS FURTHER ORDERED that Plaintiff and Defendants shall each bear their own costs and expenses incurred in asserting their claims against one another in the above action.

Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

SO ORDERED.

Dated:  August 7, 2007

/s/       David   RHerndon
UNITED STATES DISTRICT JUDGE