IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**COMPREN, INC.,**

    **Plaintiff,**

    vs.          Cause No. 07-CV-65 DRH

**THEODORE GRIGGS, III, et al.,**

    **Defendant**s.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

               **NORBERT G. JAWORSKI, CLERK**

August 7, 2007          By:  s/Patricia Brown
                                      Deputy Clerk

APPROVED: /s/  David  RHerndon
              **U.S. DISTRICT JUDGE**